UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Chapter 7 Case No. 08−27212−JKO

IN RE:

MOHSIN A. NAEEM AND
MANSOORA NAEEM

                              Debtors.

_____/

**DEBTORS' RESPONSE TO ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE CLOSED**

**[RE: MOTION TO REOPEN TO PURSUE CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTION PURSUANT TO 11 U.S.C. SECTION 105(a) and SECTION 524]**

**COMES NOW**, the above captioned debtors, MOHSIN A. NAEEM AND MANSOORA NAEEM ("Debtors"), by their undersigned counsel of record, MICHAEL E. ZAPIN, and files this response to the Court's Order to Show Cause [DE 39] as to why the instant case should not be closed, and respectfully sets for the following:

1. Undersigned counsel is fully familiar with the facts and circumstances set forth herein.

2. Undersigned counsel has engaged in meaningful discussions with counsel Justin D. Plean, Esq. (on behalf of creditors Selene Finance LP and Christiana Trust), regarding the series of alleged discharge violations that took place. Part of that dialogue included meaningful settlement discussions with counsel.

3. Although the parties were unable to settle the violation issues as of yet, there was an understanding that debtors would be proceeding with the motion for contempt as against creditors, and that the parties would continue to have a dialogue about settling the contempt issues.

4. Undersigned counsel suffered a temporary setback due to some administerial staffing issue changes, which resulted in a delay in filing the 2nd part of the companion motion to re-open, i.e., the actual contempt motion. This was through no fault of the debtors, and in no way detracts from what counsel believes is an underlying merit to the allegations alleged in both the motion to re-open that was granted by the court, and the companion contempt motion recently filed.

5. The contempt motion has been filed [DE 41] and the notice of hearing thereon has been scheduled for 11/10/2015 at 10:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 [DE 42].

6. Undersigned counsel believes there will be additional meaningful settlement negotiations in the interim, but if proven unproductive, debtors will be ready to proceed with their motion on November 10th.

**WHEREFORE**, for all of the following reasons, debtors' pray this Honorable Court will discharge/dissolve/cancel the instant Order to Show Cause, that they may continue to seek redress for the asserted violations against creditors, and that the Court grant such

other and further relief as it deems just and proper.

DATED THIS 5th   day of October, 2015


*/s/ Michael E. Zapin*
_____
MICHAEL E. ZAPIN
LAW OFFICES OF MICHAEL E. ZAPIN
ATTORNEY FOR THE DEBTORS
FL STATE BAR NUMBER:  0037264
20283 State Road 7
Suite 400
Boca Raton, FL 33498
Tel.    561.367.1444
Fax.    561.948-2085
michaelezapin@gmail.com