UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Chapter 7 Case No. 08−27212−JKO

IN RE:

MOHSIN A. NAEEM AND
MANSOORA NAEEM

Debtors.

_____/

**DEBTORS' SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE AS TO WHY
CASE SHOULD NOT BE CLOSED**

**[RE: MOTION TO REOPEN TO PURSUE CONTEMPT FOR VIOLATION OF DISCHARGE INJUNCTION PURSUANT TO 11 U.S.C. SECTION 105(a) and SECTION 524]**

**COMES NOW**, the above captioned debtors, MOHSIN A. NAEEM AND MANSOORA NAEEM ("Debtors"), by their undersigned counsel of record, MICHAEL E. ZAPIN, and files this SUPPLEMENTAL response to the Court's Order to Show Cause [DE 39] as to why the instant case should not be closed, and respectfully sets for the following:

1. Undersigned counsel files this Supplemental Response to clarify the most recent status of conversations that took place between counsel for creditors Selene Finance LP and Christiana Trust, including settlement negotiations.

2. Those most recent conversations that actually took place between counsel for debtors and creditors, took place with counsel Hector E. Lora (*not Justin Pleane, as alluded to in debtor's initial response to the Order to Show Cause*) of the Maurice Wutscher Law Firm.

3. In all other respects, debtors' assertions contained in their initial Response remain the same.

**WHEREFORE**, for all of the following reasons, debtors' pray this Honorable Court will discharge/dissolve/cancel the instant Order to Show Cause, that they may continue to seek redress for the asserted violations against creditors, and that the Court grant such other and further relief as it deems just and proper.

DATED THIS 5th   day of October, 2015

*/s/ Michael E. Zapin*
_____
MICHAEL E. ZAPIN
LAW OFFICES OF MICHAEL E. ZAPIN
ATTORNEY FOR THE DEBTORS
FL STATE BAR NUMBER:  0037264
20283 State Road 7
Suite 400
Boca Raton, FL 33498
Tel.    561.367.1444
Fax.   561.948-2085
michaelezapin@gmail.com